IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KRISTIAN FALKENSTEIN** <br> *Plaintiff* <br><br> v. <br><br> **SANTANDER BANK, N.A.** <br> *Defendant* | **CIVIL ACTION** <br><br> **NO. 14-5994** |

# O R D E R

**AND NOW**, this 27th day of May 2015, upon consideration of Plaintiff's motion for attorneys' fees and costs filed pursuant to the Electronic Funds Transfer Act, 15 U.S.C.A. §1693m, Federal Rules of Civil Procedure 54(d) and 68, [ECF 23], Defendant's opposition thereto, [ECF 24], and Plaintiff's reply, [ECF 27], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that Plaintiff's motion is **GRANTED**, *in part*. Consequently, Plaintiff is awarded a total of $9,598.50 in attorneys' fees and $742.08 in costs.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.